UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELSA MENDOSA, *et al.*,

                         Plaintiffs,

       -against-

TACO STREET BAR AND KITCHEN INC.,
*et al.*,

                         Defendants.
------------------------------------------------------------X

**ORDER**

21 Civ. 3171 (NSR)(JCM)

       The parties informed the Court on May 10, 2022 that they would like to be referred to Court-arranged mediation. Accordingly, it is hereby ORDERED that:

1. This matter is referred to the Mediation Office of the Southern District of New York for mediation.

2. Mediation shall take place no later than July 6, 2022.

3. The parties shall write to the Court following the first mediation to advise whether the matter has settled.

Dated:   May 11, 2022
           White Plains, New York

                                                            **SO ORDERED:**

                                                            *Judith C. McCarthy*
                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge