

**MEMO ENDORSED**

| | |
|---|---|
| | ■ **Main Office** <br> 445 Hamilton Avenue <br> White Plains, NY 10601 <br> Phone 914.946.4777 <br> Fax 914.946.6868 |
| | ■ **Mid-Hudson Office** <br> 200 Westage Business Center <br> Fishkill, NY 12524 <br> Phone 845.896.0120 |
| | ■ **New York City Office** <br> 99 Madison Avenue <br> New York, NY 10016 <br> Phone 646.794.5747 |

May 10, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2022

ALEXANDRA CORSI
Of Counsel
acorsi@kblaw.com

**VIA ECF**

Hon. Nelson S. Roman, U.S.D.J.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY  10601

Re:   *Mendoza, et al v. Taco Street Bar and Kitchen Inc., et al.*
        21 Civ. 3171 (NSR) (JCM)

Dear Judge Roman:

Our firm represents the Defendants in the above-referenced action.  Defendants write with the consent of Plaintiffs' counsel, Gianfranco Cuadra, to respectfully request an adjournment of the June 30, 2022 case management conference, to a date and time convenient for the Court after July 29, 2022, the date discovery is currently scheduled to conclude.

The reason for this request is that recently, at the April 27, 2022 court conference, Magistrate Judge McCarthy extended the discovery deadline, from May 31, 2022 to July 29, 2022, so the parties could explore a potential resolution of this case prior to conducting depositions.  As such, earlier today, and pursuant to the Court's direction, the parties submitted a letter to Magistrate Judge McCarthy to request a reference to the Southern District's Mediation Program.  Accordingly, once this case is referred to mediation, we anticipate that a mediator will be assigned, and we can thereafter proceed with scheduling a date for mediation.  Finally, the parties are currently scheduled to attend a status conference before Magistrate Judge McCarthy on June 30, 2022, and therefore, it appears that a conference before Your Honor may not be necessary until after discovery concludes should this case not resolve.

The parties thank Your Honor for your time and consideration with this request.

Respectfully submitted,

 /s/ Alexandra Corsi

Alexandra Corsi

cc:     Gianfranco Cuadra, Esq.
         (via ECF)

Defts' request to adjourn the telephonic Case Mgmt. Conf. from June 30, 2022 until Sept. 14, 2022 at 10:00 am is GRANTED with Plaintiffs' consent. Counsel are directed to ECF No. 19 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 29.

Dated: White Plains, NY
            June 15, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

7787/001/4829-8073-4931v1  5/10/22

WWW.KBLAW.COM