

| | |
|---|---|
| | ■ **Main Office** |
| | 445 Hamilton Avenue |
| | White Plains, NY 10601 |
| | Phone 914.946.4777 |
| | Fax 914.946.6868 |
| | |
| | ■ **Mid-Hudson Office** |
| | 200 Westage Business Center |
| | Fishkill, NY 12524 |
| | Phone 845.896.0120 |
| | |
| | ■ **New York City Office** |
| | 99 Madison Avenue |
| | New York, NY 10016 |
| | Phone 646.794.5747 |

August 1, 2022

ALEXANDRA CORSI
Of Counsel
acorsi@kblaw.com

**VIA ECF**

Hon. Nelson S. Roman, U.S.D.J.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY  10601

Re:   *Mendoza, et al v. Taco Street Bar and Kitchen Inc., et al.*
        21 Civ. 3171 (NSR) (JCM)

Your Honor:

Our firm represents the Defendants in the above-referenced action.  Defendants submit this letter jointly with Plaintiffs' counsel, Gianfranco Cuadra, to respectfully request a brief extension of time, from August 1, 2022 until August 12, 2022, to submit the final documentation to the Court regarding the settlement of this matter.

As Your Honor may recall, on June 28th, counsel submitted a joint letter informing the Court that a settlement in principle was reached and therefore requested thirty days for the parties finalize the details of the settlement.  On June 29th, the Court granted the parties' request and directed the parties to file a Stipulation of Discontinuance by August 1, 2022.  Due to logistical issues, the parties have been unable to finalize the necessary paperwork by today's deadline. The requested extension is intended to provide sufficient time to finalize same.

The parties thank Your Honor for your time and consideration with this request.

Respectfully submitted,

  /s/ Alexandra Corsi

Alexandra Corsi

cc:    Gianfranco Cuadra, Esq.
         (via ECF)