**KEANE & BEANE** P.C.
ATTORNEYS AT LAW

■ **Main Office**
445 Hamilton Avenue
White Plains, NY 10601
Phone 914.946.4777
Fax 914.946.6868

■ **Mid-Hudson Office**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City Office**
99 Madison Avenue
New York, NY 10016
Phone 646.794.5747

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2022

August 1, 2022

MEMO ENDORSED

VIA ECF

ALEXANDRA CORSI
Of Counsel
acorsi@kblaw.com

Hon. Nelson S. Roman, U.S.D.J.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Mendoza, et al v. Taco Street Bar and Kitchen Inc., et al.*
    21 Civ. 3171 (NSR) (JCM)

Your Honor:

Our firm represents the Defendants in the above-referenced action. Defendants submit this letter jointly with Plaintiffs' counsel, Gianfranco Cuadra, to respectfully request a brief extension of time, from August 1, 2022 until August 12, 2022, to submit the final documentation to the Court regarding the settlement of this matter.

As Your Honor may recall, on June 28th, counsel submitted a joint letter informing the Court that a settlement in principle was reached and therefore requested thirty days for the parties finalize the details of the settlement. On June 29th, the Court granted the parties' request and directed the parties to file a Stipulation of Discontinuance by August 1, 2022. Due to logistical issues, the parties have been unable to finalize the necessary paperwork by today's deadline. The requested extension is intended to provide sufficient time to finalize same.

The parties thank Your Honor for your time and consideration with this request.

Respectfully submitted,

/s/ Alexandra Corsi

Alexandra Corsi

cc:  Gianfranco Cuadra, Esq.
     (via ECF)

The parties' joint request for an extension is GRANTED. The parties have until August 12, 2022 to submit final documentation regarding settlement of the instant action. The Clerk of Court is kindly directed to terminate the motion at ECF No. 36.

SO ORDERED:

DATED: August 2, 2022
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE