UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

ELSA MENDOZA, EDITH PAJARITO, IRMA
RECINOS, and ANDRES ROMERO,

                        Plaintiff,

       -against-

TACO STREET BAR AND KITCHEN INC. d/b/a
TACO STREET, GREELEY PIZZA CORP. d/b/a
PIZZA STATION, and MIHAILO DARMANOVIC
a/k/a DAVID DARMANOVIC,

                        Defendants.

----------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022

No. 21 Civ. 3171 (NSR)

~~(PROPOSED)~~ JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Elsa Mendoza, Edith Pajarito, Irma Recinos, and Andres Romero ("Plaintiffs") on August 3, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Taco Street Bar and Kitchen Inc. d/b/a Taco Street, Greeley Pizza Corp. d/b/a Pizza Station, and Mihailo Darmanovic (a.k.a. David Darmanovic), jointly and severally, in the amount of $100,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: White Plains, New York      The Clerk of Court is kindly directed to terminate the case.

       August 3    , 2022

                                                      SO ORDERED:

                                                      Hon. Nelson S. Román
                                                      United States District Judge